# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MUTTAQIN FATIR ABDULLAH,**      :

    **Plaintiff**      :

              **CIVIL ACTION NO. 3:13-1227**

    **v.**      :

               **(JUDGE MANNION)**

**LT. SEBA, et al.,**      :

    **Defendants**      :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. 28) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. Plaintiff's motion for Court's ruling (Doc. 41) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                                          s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

Dated: **September 29, 2014**